# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AZRACK, JOAN M. | U.S DISTRICT COURT, EASTERN DISTRICT NY | 7/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | 2016 Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AZRACK, JOAN M.** | 7/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank NA Personal Banking NY, NY (multiple accounts) | A | Interest | N | T | | | | | |
| 2. National Life Ins. Co. whole life policy | A | Dividend | N | T | | | | | |
| 3. Oppenheimer: Advantage Bank Deposits various banks (IRA) | A | Interest | J | T | | | | | |
| 4. PMA:SSGA Prime Money Market (IRA) (see VIII) | A | Distribution | | | Sold | 07/21/16 | K | A | |
| 5. Fidelity VIP Equity Incm Port - Nationwide annuity contract | | None | M | T | | | | | |
| 6. Fidelity VIP Growth Port - Nationwide annuity contract | | None | K | T | | | | | |
| 7. Fidelity Overseas Port - Nationwide annuity contract | | None | K | T | | | | | |
| 8. Fidelity VIP2 Asst Mgr Port - Nationwide annuity contract | | None | L | T | | | | | |
| 9. PMA: Pimco Low Duration Fund Intl (IRA) | B | Distribution | L | T | Sold (part) | 02/12/16 | J | | |
| 10. Intentionally left blank | | | | | | | | | |
| 11. Oppenheimer: Catalyst Inside Buying Fund | A | Dividend | J | T | | | | | |
| 12. Oppenheimer Global Value Fund - Nationwide annuity contract | | None | L | T | | | | | |
| 13. Fidelity Blue Chip Fund - Fidelity 401K | | None | L | T | | | | | |
| 14. Fidelity Diversified intl - Fidelity 401K | | None | M | T | | | | | |
| 15. Fidelity Freedom 2020 Fund - Fidelity 401K | | None | K | T | | | | | |
| 16. Fidelity Contrafund - Fidelity 401K | | None | N | T | | | | | |
| 17. Fidelity Growth & Inc - Fidelity 401K | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Value Fund - Fidelity 401K | | None | L | T | | | | | |
| 19. Fidelity Retirement - Fidelity 401K | | None | M | T | | | | | |
| 20. Fidelity Investment Grade Bond Fund - Fidelity 401K | | None | M | T | | | | | |
| 21. Am Century Equity - Fidelity 401K | | None | L | T | | | | | |
| 22. JP Morgan Growth & Income "A" Shares | A | Dividend | J | T | | | | | |
| 23. JP Morgan Intl Opps Fund "A" | A | Dividend | J | T | | | | | |
| 24. Walt Disney Co common stock | A | Dividend | J | T | | | | | |
| 25. NVIT Money Market I - Nationwide annuity contract | | None | K | T | | | | | |
| 26. Oppenheimer: Eaton Vance Insured NY Muni Bond Fund | C | Int./Div. | L | T | | | | | |
| 27. Oppenheimer: Kinetics Paradigm Adv Cl C | C | Dividend | L | T | | | | | |
| 28. Oppenheimer: Catalyst Inside Buying Fund (IRA) | A | Dividend | K | T | | | | | |
| 29. Oppenheimer: Kinetics Paradigm Fund (IRA) | A | Dividend | K | T | | | | | |
| 30. Oppenheimer: Voya Global Equity Div & Prm Opp Fund (IRA) | B | Dividend | J | T | | | | | |
| 31. PMA: Vanguard High Yield Adm (IRA) | C | Distribution | L | T | Buy (add'l) | 02/17/16 | K | | |
| 32. (continuation of 31) | | | | | Buy (add'l) | 05/26/16 | J | | |
| 33. Oppenheimer: Kinetics Paradigm Adv C (IRA) | A | Dividend | K | T | | | | | |
| 34. PMA: Vanguard Short Term Investment Grade Fund (IRA) | C | Distribution | L | T | Sold (part) | 02/12/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PMA: MetWest Intermediate Bond Fund | A | Distribution | K | T | Sold (part) | 02/12/16 | J | A | |
| 36. (continuation of 35) | | | | | Buy (add'l) | 08/17/16 | J | | |
| 37. Northwestern Mutual Life Ins. whole policy | B | Dividend | L | T | | | | | |
| 38. Oppenheimer: First Trust Strategic High Income Fund (IRA) | A | Dividend | J | T | | | | | |
| 39. PMA: Vanguard Intermet Term Investment Grade Fund (IRA) | C | Distribution | L | T | Sold (part) | 02/12/16 | J | | |
| 40. NVIT Intl Equity Fund - Nationwide annuity contract | | None | J | T | | | | | |
| 41. NVIT Multi Mngr Intl Gr I - Nationwide annuity contract | | None | K | T | | | | | |
| 42. JP Morgan Mid Cap Growth | A | Dividend | K | T | | | | | |
| 43. NVIT Large Cap Gr I - Nationwide annuity contract | | None | L | T | | | | | |
| 44. Oppenheimer: Invesco Tr Inv Gr NY Muni | C | Int./Div. | L | T | | | | | |
| 45. Oppenheimer: Black Rock Flex Equity Div (IRA) | A | Dividend | K | T | | | | | |
| 46. Oppenheimger: Black Rock Flex Equity Div (IRA) | A | Distribution | K | T | | | | | |
| 47. Oppenheimer: Advantage Bank Deposits in various banks (IRA) | A | Interest | J | T | | | | | |
| 48. PMA: Columbia Midcap Value Fund (IRA) | A | Distribution | K | T | | | | | |
| 49. PMA: FMI Large Cap Fund (IRA) | A | Distribution | K | T | | | | | |
| 50. PMA: Jensen Quality Grade (IRA) | A | Distribution | K | T | | | | | |
| 51. PMA: Odyssey Growth Fund (IRA) | A | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PMA: T Rowe Price Small Cap Stock Fund (IRA) | A | Distribution | K | T | Buy (add'l) | 02/17/16 | J | | |
| 53. PMA: Vanguard Extended Money Market Index (IRA) | A | Distribution | L | T | | | | | |
| 54. PMA: Vanguard 500 Index Fund (IRA) | B | Distribution | M | T | | | | | |
| 55. PMA: Harbor Intl Fund (IRA) | A | Distribution | K | T | Buy (add'l) | 01/05/16 | J | | |
| 56. (continuation of 55) | | | | | Buy (add'l) | 02/14/16 | J | | |
| 57. PMA: T. Rose Price Intl (IRA) (See VIII) | A | Distribution | K | T | | | | | |
| 58. PMA: Vangarud Intl Index Fund (IRA) | A | Distribution | K | T | Buy (add'l) | 02/17/16 | J | | |
| 59. PMA: Harbof Intl Fund | A | Distribution | K | T | | | | | |
| 60. PMA: Odyssey Growth Fund | A | Distribution | K | T | | | | | |
| 61. PMA: Odyssey Aggressive Growth Fund | A | Distribution | K | T | | | | | |
| 62. PMA: Vanguard Intl Index Fund | A | Distribution | K | T | Buy (add'l) | 02/17/16 | J | | |
| 63. PMA: Vanguard Extended Market Index Fund | A | Distribution | K | T | | | | | |
| 64. PMA: Columbia Mid Cap Value Fund | A | Distribution | K | T | Buy (add'l) | 01/15/16 | J | | |
| 65. PMA: FMI Large Cap Fund | A | Distribution | J | T | | | | | |
| 66. PMA: Jensen Quality Growth | A | Distribution | K | T | Buy (add'l) | 02/17/16 | J | | |
| 67. PMA: Vanguard 500 Index Fund | B | Distribution | L | T | | | | | |
| 68. PMA: Pimco Low Duration Fund | A | Distribution | K | T | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PMA: Vanguard High Yield Corporate Fund | A | Distribution | J | T | Buy (add'l) | 02/17/16 | J | | |
| 70. (continuation of 69) | | | | | Buy (add'l) | 05/26/16 | J | | |
| 71. (continuation of 69) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 72. PMA: Vanguard Intm Term Tax Exempt Fund | A | Distribution | K | T | Sold (part) | 02/12/16 | J | A | |
| 73. (continuation of 72) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 74. PMA: Vanguard Limited Term Tax Exempt Fund | A | Distribution | K | T | Sold (part) | 02/12/16 | J | A | |
| 75. (continuation of 74) (See VIII) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 76. PMA: SSGA Prime Money Market (See VIII) | A | Distribution | | | Sold | 07/21/16 | J | A | |
| 77. PMA: T Rowe Price Equity Inc. | A | Distribution | K | T | | | | | |
| 78. PMA: American Beacon Intl Fund (IRA) | A | Distribution | K | T | | | | | |
| 79. PMA: Vanguard Growth Index Fund (IRA) | A | Distribution | K | T | | | | | |
| 80. PMA: T Rowe Price Equity Income Fund (IRA (See VIII) | B | Distribution | L | T | | | | | |
| 81. PMA: Vanguard Growth Index Fund | A | Distribution | K | T | | | | | |
| 82. Oppenheimer: Black Rock Muni Yield NY Qlty Fund Tax Free | C | Int./Div. | L | T | | | | | |
| 83. PMA: MetWest Intermediate Bond Fund (IRA) | B | Distribution | L | T | Sold (part) | 02/12/16 | J | A | |
| 84. (continuation of 83) | | | | | Buy (add'l) | 08/17/16 | J | | |
| 85. McDonald's common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| AZRACK, JOAN M. | 7/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 87. Nike common stock class B | A | Dividend | J | T | | | | | |
| 88. PMA: Fidelity Gvt Cash Reserves | A | Distribution | J | T | Buy | 11/15/16 | J | | |
| 89. (continuation of 88) | | | | | Buy (add'l) | 12/08/16 | J | | |
| 90. (continuation of 88) | | | | | Sold | 12/27/16 | J | A | |
| 91. PMA: SS Inst Gov (See VIII) | A | Distribution | | | Buy | 07/21/16 | J | | |
| 92. (continuation of 91) | | | | | Sold | 12/08/16 | J | A | |
| 93. PMA: USAA Short Term Bond Fund (IRA) | B | Distribution | L | T | Buy | 02/17/16 | L | | |
| 94. (continuation of 93) | | | | | Buy (add'l) | 05/26/16 | J | | |
| 95. (continuation of 93) | | | | | Buy (add'l) | 08/17/16 | J | | |
| 96. PMA: Fidelity Govt Cash Reserves (IRA) | A | Distribution | K | T | Buy | 11/15/16 | J | | |
| 97. (continuation of 96) | | | | | Buy (add'l) | 12/08/16 | J | | |
| 98. PMA: SS Inst. Gov MM (IRA) (See VIII) | A | Distribution | | | Buy | 07/21/16 | J | | |
| 99. (continuation of 98) | | | | | Sold | 12/08/16 | J | A | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 7/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PMA as used in Section VII refers to Prudential Management Associates, which maintains managed asset porfolios (individual and IRA) consisting of investments identified in that section.

Oppenheimer as used in Section VII refers to Oppenheimer & Co., Inc., which maintains brokerage accounts (individual and IRA) consisting of investments identified in that section.

Fidelity 401K as used in Section VII refers to a 401K account maintained by Fidelity Investments consisting of investments indentified in that section. Each year, a maximum allowable 401K contribution is made (total value K), which is allocated pursuant to formula among various of the 401K fund investments identified in this report. Each allocated amount has a value of J.

Nationwide annuity contract, as used in Section VII refers to a Nationwide variable annuity account containing investments identified in that section.

Re VII, item 4: This was a money market account in which there were multiple sales (and some purchases) from January through July 21, 2016, at which time the final sale resulted in a zero balance. The net amount sold over those months had a value of K.

Re VII, item 46 (on 2015 report): The Oppenheimer Advantage Offshore Liquidity Fund mistakenly showed a buy on 2/1/2015. It should have shown a redemption of the entire fund on 1/5/2015 for value code J and, as a result, no value in column C at the end of year 2015.

Re VII, item 76: This was a money market account in which there were multiple sales (and some purchases) from January through July 21, 2016, at which time the final sale resulted in a zero balance. The net amount sold over those months had a valuation of J.

Re VII, item 86 (on 2015 report): PMA: T. Rowe Price Equity Income Fund should have shown a year end value of L rather than K. It is also the IRA account and should have been labeled as such. It appears at item 80 on the 2016 report.

Re VII, item 87 (on 2015 report): PMA: T. Rowe Price Intl (IRA) was an inadvertent duplicate of item 64. It should not have been listed twice on the 2015 report and only appears at item 57 on the 2016 report.

Re VII, item 91: This money market fund was purchased on 7/21/2016, and there were multiple sales from August through December 8, 2016, at which time the final sale resulted in a zero balance. The net amount sold over those months had a valuation of J.

Re VII, item 98: This money market fund was purchased on 7/21/2016, and there were multiple sales from August through December 8, 2016, at which time the final sale resulted in a zero balance. The net amount sold over those months had a valuation of J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOAN M. AZRACK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544